UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| XIANGRU LI,<br><br>    Plaintiff,<br><br>v.<br><br>ALEJANDRO MAYORKAS et al.,<br><br>    Defendants. | Case No. 2:22-cv-08889-SB-MAA<br><br>ORDER TO SHOW CAUSE RE: LACK OF PROSECUTION |

    Generally, plaintiff must serve process on defendants within 90 days of the filing of the complaint. *See* Fed. R. Civ. P. 4(m). This matter was filed on December 6, 2022. Dkt. No. 1. More than 90 days have passed since the complaint in this case was filed, and Plaintiff has not filed a proof of service for any defendant. Plaintiff is ordered to show cause, in writing, no later than March, 15, 2023, why this action should not be dismissed for lack of prosecution.

    The Court will consider as an appropriate response to this Order to Show Cause the filing of proof(s) of service showing that the relevant defendant(s) was/were served within the 90-day period or a showing of good cause to extend the service period. Failure to respond to the Order to Show Cause will be construed as consent to dismissal and will result in the dismissal of the action in its entirety without prejudice.

IT IS SO ORDERED.

Date: March 8, 2023

                                                      Stanley Blumenfeld, Jr.
                                                      United States District Judge