JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| XIANGRU LI,<br><br>      Plaintiff,<br><br>v.<br><br>ALEJANDRO MAYORKAS et al.,<br><br>      Defendants. | Case No. 2:22-cv-08889-SB-MAA<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

      After Plaintiff's deadline to serve Defendants passed without Plaintiff filing proofs of service, the Court ordered Plaintiff to show cause why this case should not be dismissed for lack of prosecution.  Dkt. No. 9 (OSC).  The Court gave Plaintiff until March 15, 2023 to respond to the OSC and warned Plaintiff that failure to respond would be construed as consent to dismissal and would result in dismissal of this case without prejudice.  Plaintiff's deadline has passed without a response having been filed.  Accordingly, this case is dismissed without prejudice.

IT IS SO ORDERED.

Date: March 27, 2023

                                              Stanley Blumenfeld, Jr.
                                           United States District Judge